EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  |  |
|---|---|
| In re: <br><br> George A. Polish Matos | 2003 TSPR 117 <br><br> 159 DPR \_\_\_\_ |

Número del Caso: TS-10,778


Fecha: 11/julio/2003


Colegio de Abogados de Puerto Rico:
                        Lcdo. José M. Montalvo Trías
                        Director Ejecutivo


Abogado de la Parte Peticionaria:
                        Por Derecho Propio


 Materia: Solicitud de Reinstalación al Ejercicio de la Abogacía

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*Re*:

George A. Polish Matos                    TS-10778

SALA DE VERANO INTEGRADA POR EL JUEZ ASOCIADO SEÑOR REBOLLO LÓPEZ, COMO SU PRESIDENTE, Y LOS JUECES ASOCIADOS SEÑORA NAVEIRA DE RODÓN, SEÑOR HERNÁNDEZ DENTON Y SEÑOR FUSTER BERLINGERI

RESOLUCIÓN

San Juan, Puerto Rico, a 11 de julio de 2003

Atendida la moción solicitando reinstalación al ejercicio de la abogacía radicada por George A. Polish Matos y la moción de desistimiento radicada por el Colegio de Abogados de Puerto Rico, se ordena la reinstalación de éste al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

Patricia Otón Olivieri
Secretaria del Tribunal Supremo